## Taylor *v.* Philadelphia, Appellant.

Argued December 3, 1937. Before SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Samuel Feldman,* Assistant City Solicitor, with him *Joseph Sharfsin,* City Solicitor, for appellant.

*Clarence G. Myers,* with him *Duane, Morris & Heckscher,* for appellee.

*John P. Connelly,* with him *Leon I. Mesirov,* for Registration Commission, amicus curiæ.

PER CURIAM, January 3, 1938:

The judgment is affirmed on the opinion of the able President Judge of the Superior Court.

We do not consider that the question of the constitutionality of The Personal Registration Act of July 10, 1919, P. L. 857, 25 PS Sec. 341, is involved in this appeal.